UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BUTLER,<br><br>    Petitioner,<br><br>  v.<br><br>R. GROUNDS, Warden,<br><br>    Respondent. | Case No. CV 13-1120 JC<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: December 29, 2014

              /s/
         Honorable Jacqueline Chooljian
         UNITED STATES MAGISTRATE JUDGE

1